1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   YYGM S.A., a Swiss Corporation,          No. CV 14-04637 PA (JPRx)

12            Plaintiff,                       PRELIMINARY INJUNCTION

13        v.

14   HANGER 221 SANTA MONICA, INC.,
     d/b/a HANGER 221, a California
     corporation; HANGER 221 OAKS
15   MALL, INC., d/b/a HANGER 221, a
     California corporation; HANGER 221
16   PASEO NUEVO, INC., d/b/a HANGER
     221, a California corporation; SE CHEOL
     OH, an individual; Y&C YOUNG &
17   CHIC, INC., d/b/a HANGER 221, a
     California corporation; TSGD, INC.,
18   d/b/a HANGER 221, a California
     corporation;
19
              Defendants.
20

21
     In accordance with the Court's order granting the Application for Entry of Default
22
     Judgment brought by plaintiff YYGM, S.A. ("Plaintiff") filed and entered on October 23,
23
     2015,
24
             IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff is entitled
25
     to a preliminary injunction against defendants Hanger 221 Santa Monica, Inc., Hanger 221
26
     Oaks Mall, Inc., Hanger 221 Paseo Nuevo, Inc., Y&C Young and Chic, Inc., and TSGD,
27
     Inc. (collectively "Defendants").
28

1    It is further ORDERED, ADJUDGED, and DECREED that Defendants and their

2  agents, employees, officers, directors, owners, attorneys, representatives, successor

3  companies, related companies, and all persons acting in concert or participation with

4  Defendants are permanently restrained, enjoined, and prohibited during the pendency of this

5  action from:

6    (a)    using Brandy Melville's trade dress, or any trade dress confusingly similar

7         thereto, in the sale, offering for sale, distribution, lending, marketing, or advertising

8         of apparel, accessories, or related merchandise and services at any locality in the

9         United States.

10    (b)    Brandy Melville's trade dress is defined as the overall look and feel of Brandy

11         Melville retail stores, which include the following elements:

12         •    A rustic décor with unpainted and/or unfinished wooden walls, floors,

13              and/or product displays;

14         •    Decorative pink hearts;

15         •    Wooden signs, painted with fun or catchy sayings or symbols, hanging

16              from the walls and also available for purchase;

17         •    Dried flowers hanging upside down;

18         •    An authentic American flag;

19         •    A large sign bearing the company name behind the cash register;

20         •    Goods displayed casually on large unpainted and/or unfinished wooden

21              tables;

22         •    Goods hanging from wooden pallets attached to the walls;

23         •    Displays that incorporate worn used books;

24         •    Clothing being worn by wooden, three-legged mannequin stands;

25         •    Clothing bearing rectangular, navy blue clothing tags with white

26              lettering and a pink heart;

27         •    Jewelry attached to simple, dark hangtags;

28

-2-

1          • A product purchase packaged in a simple, plain, dark-colored paper bag

2                with a long, thin strip of paper bearing the company name stapled

3                thereto and hanging therefrom;

4          • Casual apparel - such as t-shirts or hoodies - some of which is printed

5                with clever phrases - e.g., "stay weird" printed upside down, or

6                "Gangsta Rap Made Me Do It";

7          • A young, feminine, fun, laid back "LA vibe".

8    (c)   The trade dress is the "overall look and feel" of a Brandy Melville retail store,

9    not any single element or group of elements in isolation.

10   IT IS SO ORDERED.

11   DATED:  October 27, 2015

12   _____

13                      Percy Anderson
                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28